IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**FATHER LASTER**                                                                  **PLAINTIFF**

v.                                             **CAUSE NO. 1:14CV252-LG-JCG**

**NCBC SECURITY**                                                 **DEFENDANT**

## JUDGMENT

This matter having come on to be heard on the Motion for Summary Judgment [30] filed by NCBC Security, the Court, after a full review and consideration of NCBC Security's Motion, the pleadings on file and the relevant legal authority, finds that in accord with the Order entered herein,

**IT IS ORDERED AND ADJUDGED** that because there is no genuine issue as to any material fact, judgment is rendered in favor of NCBC Security, pursuant to Fed. R. Civ. P. 56. This case is hereby **DISMISSED WITH PREJUDICE**. In accordance with Fed. R. Civ. P. 54(d)(1), NCBC Security is entitled to recover costs from the plaintiff.

**SO ORDERED AND ADJUDGED** this the 5th day of June, 2015.

                                                   s/ *Louis Guirola, Jr.*
                                                   LOUIS GUIROLA, JR.
                                                   CHIEF U.S. DISTRICT JUDGE